IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40474
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARTIN ROJAS-JUAREZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-358-1
- - - - - - - - - -
October 22, 1998


Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Martin Rojas-Juarez has filed a

brief as required by Anders v. California, 386 U.S. 738 (1967).

We have independently reviewed counsel's brief, the points raised

by Rojas in response to that brief, and the record and perceive

no nonfrivolous issue.  Accordingly, counsel is excused from

further responsibilities herein, and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.